FORM 1 VOLUNTARY PETITION

| United States Bankruptcy Court Northern District of Illinois | VOLUNTARY PETITION |
|---|---|

| IN RE (Name of debtor-If Individual, enter Last, First, Middle) Bond, Sherrie M | NAME OF JOINT DEBTOR (Spouse) (Last, First, Middle) |
|---|---|
| ALL OTHER NAMES used by debtor in the last 6 years (Include married, maiden and trade names) | ALL OTHER NAMES used by the joint debtor in the last 6 years (Include married, maiden and trade names) |
| SOC. SEC./TAX I.D. NO. (If more than one, state all) 5880 | SOC. SEC./TAX I.D. NO. (If more than one, state all) |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, zip) 742 Manteca CT Unit 4 University Pk, IL 60466-2808 | STREET ADDRESS OF JOINT DEBTOR (No. and street, city, state, zip) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS Will | COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS |
| MAILING ADDRESS OF DEBTOR (If different from street address) | MAILING ADDRESS OF JOINT DEBTOR (If different from street address) |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from addresses listed above) | |

☒ Debtor has been domiciled or has had a residence, principal place of business or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner or partnership pending in this District.

INFORMATION REGARDING DEBTOR (Check applicable boxes)

**TYPE OF DEBTOR**
☒ Individual
☐ Joint (H&W)
☐ Partnership
☐ Other _____
☐ Corporation Publicly Held
☐ Corporation Not Publicly Held
☐ Municipality

**NATURE OF DEBT**
☒ Non-Business Consumer     ☐ Business - Complete A&B below

A. TYPE OF BUSINESS (check one box)
☐ Farming        ☐ Transportation      ☐ Commodity Broker
☐ Professional   ☐ Manufacturing/Mining ☐ Construction
☐ Retail/Wholesale                      ☐ Real Estate
☐ Railroad       ☐ Stockbroker          ☐ Other Business

B. BRIEFLY DESCRIBE NATURE OF BUSINESS

**CHAPTER OR SECTION OF BANKRUPTCY CODE UNDER WHICH THE PETITION IS FILED (Check one box)**
☐ Chapter 7     ☐ Chapter 11    ☒ Chapter 13
☐ Chapter 9     ☐ Chapter 12    ☐ § 304-Case Ancillary to Foreign Proceeding

**FILING FEE (Check one box)**
☒ Filing fee attached.
☐ Filing fee to be paid in installments. (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3

NAME AND ADDRESS OF LAW FIRM OR ATTORNEY
Law Offices of Ronald B. Lorsch
1829 West 170th Street
Hazel Crest, IL 60429
Telephone No. (708) 799-0102

NAME(S) OF ATTORNEY(S) DESIGNATED TO REPRESENT THE DEBTOR

☐ Debtor is not represented by an attorney. Telephone no. of debtor not represented by an attorney: ( )

**STATISTICAL ADMINISTRATIVE INFORMATION (28 U.S.C. § 604)**
(Estimates only) (Check applicable boxes)
☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

ESTIMATED NUMBER OF CREDITORS
☒ 1-15   ☐ 16-49   ☐ 50-99   ☐ 100-199   ☐ 200-999   ☐ 1000-over

ESTIMATED ASSETS (In thousands of dollars)
☐ Under 50   ☒ 50-99   ☐ 100-499   ☐ 500-999   ☐ 1000-9999   ☐ 10,000-99,000   ☐ over 100,000

ESTIMATED LIABILITIES (In thousands of dollars)
☐ Under 50   ☐ 50-99   ☒ 100-499   ☐ 500-999   ☐ 1000-9999   ☐ 10,000-99,000   ☐ over 100,000

ESTIMATED NUMBER OF EMPLOYEES - CH 11 & 12 ONLY
☒ 0   ☐ 1-19   ☐ 20-99   ☐ 100-999   ☐ 1000-over

ESTIMATED NO. OF EQUITY SECURITY HOLDERS - CH 11 & 12 ONLY
☒ 0   ☐ 1-19   ☐ 20-99   ☐ 100-499   ☐ 500-over

THIS SPACE FOR COURT USE ONLY

U.S. Bankruptcy Court
Northern District Of Illinois
Filed: 03/16/2005
Time: 10:53:56
Debtor: SHERRIE M BOND
Case: 05-09393    Fee: 194
Chapter: 13 Rec. #: 3125033
Judge: Bruce Black
341 mtg: 04/19/2005 @ 10:30AM
ConfHrg: 05/06/2005 @ 11:00AM
Trustee: GLENN STEARNS

1:05BK09393-BK001

Name of Debtor **Sherrie M Bond** Case No. _____

(Court use only)

### FILING OF PLAN

For Chapter 9, 11, 12 and 13 cases only. Check appropriate box.

☐ A copy of debtor's proposed plan dated _____ is attached.

☐ Debtor intends to file a plan within the time allowed by statute, rule, or order of the court.

### PRIOR BANKRUPTCY CASE FILED WITHIN LAST 6 YEARS (If more than one, attach additional sheet)

| Location Where Filed | Case Number | Date Filed |
|---|---|---|
| NONE | | |

### PENDING BANKRUPTCY CASE FILED BY ANY SPOUSE, PARTNER, OR AFFILIATE OF THIS DEBTOR (If more than one, attach additional sheet.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| | | |
| Relationship | District | Judge |
| | | |

### REQUEST FOR RELIEF

Debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

### SIGNATURES

**ATTORNEY**

X *Ronald B. Lorsh* (signature)
Signature                          Date

**INDIVIDUAL / JOINT DEBTOR(S)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

X *Sherrie Bond* (signature)
Signature of Debtor
Date

X _____
Signature of Joint Debtor
Date

**CORPORATE OR PARTNERSHIP DEBTOR**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that the filing of this petition on behalf of the debtor has been authorized.

X _____
Signature of Authorized Individual

_____
Print or Type Name of Authorized Individual

_____
Title of Individual Authorized by Debtor to File this Petition
Date

☐ Exhibit "A" is attached and made a part of this petition.

EXHIBIT "A" (To be completed if debtor is a corporation requesting relief under chapter 11.)

### TO BE COMPLETED BY INDIVIDUAL CHAPTER 7 DEBTOR WITH PRIMARILY CONSUMER DEBTS (See P.L. 98-353 § 322)

I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7 of such title.

If I am represented by an attorney, exhibit "B" has been completed.

X _____
Signature of Debtor                    Date

X _____
Signature of Joint Debtor               Date

**EXHIBIT "B"** (To be completed by attorney for individual chapter 7 debtor(s) with primarily consumer debts.)

I, the attorney for the debtor(s) named in the foregoing petition, declare that I have informed the debtor(s) that (he, she, or they) may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney                    Date

In re: Sherrie M. Bond     Debtor(s)     Case No. _____ (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | C U D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|
| Midland Mtg Co. PO Box 26648 Oklahoma City, OK 73126-0648 | | | Purchased 10/89 1st Mtg Current Pay direct VALUE $ 35000 | | 24000 | |
| US Employee Credit Union 280 S. Dearborn Street Ste. 2962 Chicago, IL 60604 | | | Purchased 1/02 2001 Buick Lasabre VALUE $ 7775 | | 10331 | 2556 |
| Transouth PO Box 1437 Minneapolis, MN 55440-1437 | | | Purchased 5/04 1999 Ford Expedition VALUE $ 9650 | | 13598 | 3948 |
| Lincolnway Management 3699 Sauk Trail Richton Park, IL 60471-1440 | | | Purchased 10/89 Homeowners Corporation VALUE $ | | 220 | |
| Lincolnway Management 3699 Sauk Trail Richton Park, IL 60471-1440 | | | 10/89 Association Dues VALUE $ | | 642 | |
| Thrift Savings Plan 1250 H Street NW Washington DC 20005 | | | 1991 Retirement VALUE $ 85000 | | 12000 | |

___None___ continuation sheets attached

Subtotal → (Total of this page) $ 60791

Form B6 E (6-92)   Julius Blumberg, Inc. NYC 10013

In re: **Sherrie M. Bond**                                      Debtor(s)      Case No. _____ (if known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E

TYPE OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507 (a) (2).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees, up to a maximum of $2000 per employee, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a) (3).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507 (a) (4).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to a maximum of $2000 per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507 (a) (5).

☐ **Deposits by individuals**
Claims of individuals up to a maximum of $900 for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507 (a) (6)

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507 (a) (7).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a) (8).

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CO DEBT | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C U D | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|
| A/C# IRS MAIL STOP 5010 CHI 230 S. DEARBORN STREET CHICAGO IL 60604 | | | 2003 Income Tax | | 750 | |
| A/C# | | | | | | |
| A/C# | | | | | | |
| A/C# | | | | | | |
| A/C# | | | | | | |
| | | | Subtotal → (Total of this page) | | $ 750 | |
| | | | Total → (use only on last page of the completed Schedule E) | | $ 750 | |

**None** Continuation sheets attached.

In re: Sherrie M Bond
Debtor(s)   Case No. _____ (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| Providian, PO Box 660433, Dallas, TX 75266 | | | 1998, Credit card | | 1906 |
| HFC, 104 Town Center Road, Matteson, IL 60443 | | | 9/04, Credit card | | 9977 |
| Sams Club, P.O. Box 530942, Atlanta, GA 30353-0942 | | | 2003, Credit card | | 614 |
| Medical Collections System, 205 S. Wells St., Suite 700, Chicago, IL 60607 | | | 2004, medical | | 76 |
| SBC c/o Collection Company of America, P.O. Box 806, Norwell, MA 02061-0806 | | | 2004, Telephone | | 329 |
| Union Plus c/o Household Credit, P.O. Box 17D, Baltimore, MD 21297-1071 | | | 2001, Credit card | | 3075 |
| Longwood Dental, 10600-52 S. Western Ave, Chicago, IL 60643 | | | 2004, medical | | 976 |
| Capitol One, 1957 Westmoreland Road, Richmond, VA 23276-5617 | | | 1993, Credit card | | 455 |
| Midwest Oral & Maxillofacial Surgery, 7400 College Drive, Palos Heights, IL 60463 | | | 2004, medical | | 993 |

_1_ Continuation Sheets attached.

contingent, enter C; if unliquidated, enter U; if disputed, enter D.

Subtotal -> $ 18401
(Total of this page)

Total $ 18401

In re: Sherrie M. Bond

Debtor(s)   Case No

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CUD | AMOUNT OF CLAIM |
|---|---|---|---|---|---|
| A/C # Brother Loan & Finance Co. 329 S. Jefferson Chicago IL 60604 | | | 2005 Personal Loan | | 1344 |
| A/C # Sr. Finance 212 West 23rd Street Chicago IL 60604 | | | 2005 Personal Loan | | 1100 |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |
| A/C # | | | | | |

Sheet no. 1 of 2 sheets attached to Schedule of Creditors Holding Nonpriority Claims.

Subtotal -> $ 2444
(Total of this page)

Total -> $ 20845

UNITED STATES BANKRUPTCY COURT         NORTHERN    DISTRICT OF   ILLINOIS

In re **Sherrie M Bond**         Debtor(s)         Case No.         (If Known)

## STATEMENT
Pursuant to Rule 2016(b)

The undersigned, pursuant to Rule 2016(b) Bankruptcy Rules, states that:

(1) The undersigned is the attorney for the debtor(s) in this case.
(2) The compensation paid or agreed to be paid by the debtor(s) to the undersigned is:
   (a) for legal services rendered or to be rendered in contemplation of and in connection with this case ............................................................................ $ **2700**
   (b) prior to filing this statement, debtor(s) have paid ................................... $ **206**
   (c) the unpaid balance due and payable is ................................................. $ **2494 + 9.40**
        COPYING COSTS
        **2503.40**
(3) $ **194** of the filing fee in this case has been paid.
(4) The services rendered or to be rendered include the following:
   (a) analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition under title 11 of the United States Code.
   (b) preparation and filing of the petition, schedules, statement of affairs and other documents required by the court.
   (c) representation of the debtor(s) at the meeting of creditors.

(5) The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed. ~~xxxx~~

(6) The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed ~~xxxxx~~

(7) The undersigned has received no transfer, assignment or pledge of property execept the following for the value stated:

None

(8) The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

None

Dated:                Respectfully submitted, *Ronald B. Lorsch* ........................ Attorney for Petitioner

Attorney's name and address Ronald B. Lorsch, 1829 West 170th Street, Hazel Crest, IL  60429

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### NOTICE TO INDIVIDUAL CONSUMER DEBTOR

The purpose of this notice is to acquaint you with the four chapters of the federal Bankruptcy Code under which you may file a bankruptcy petition. The bankruptcy law is complicated and not easily described. Therefore, you should seek the advice of an attorney to learn of your rights and responsibilities under the law should you decide to file a petition with the court. Court employees are prohibited from giving you legal advice.

**Chapter 7: Liquidation ($155 filing fee plus $39 administrative fee plus $15 trustee surcharge)**

   1. Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts.

   2. Under chapter 7 a trustee takes possession of all your property. You may claim certain of your property as exempt under governing law. The trustee then liquidates the property and uses the proceeds to pay your creditors according to priorities of the Bankruptcy Code.

   3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, your discharge may be denied by the court, and the purpose for which you filed the bankruptcy petition will be defeated.

   4. Even if you receive a discharge, there are some debts that are not discharged under the law. Therefore, you may still be responsible for such debts as certain taxes and student loans, alimony and support payments, criminal restitution, and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs.

   5. Under certain circumstances you may keep property that you have purchased subject to valid security interest. Your attorney can explain the options that are available to you.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($155 filing fee plus $39 administrative fee)**

   1. Chapter 13 is designed for individuals with regular income who are temporarily unable to pay their debts but would like to pay them in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

   2. Under chapter 13 you must file a plan with the court to repay your creditors all or part of the money that you owe them, using your future earnings. Usually, the period allowed by the court to repay your debts is three years, but no more than five years. Your plan must be approved by the court before it can take effect.

   3. Under chapter 13, unlike chapter 7, you may keep all your property, both exempt and non-exempt, as long as you continue to make payments under the plan.

   4. After completion of payments under your plan, your debts are discharged except alimony and support payments, student loans, certain debts including criminal fines and restitution and debts for death or personal injury caused by driving while intoxicated from alcohol or drugs, and long term secured obligations.

**Chapter 11: Reorganization ($800 filing fee plus $39 administrative fee)**

   Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a Chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer ($200 filing fee plus $39 administrative fee)**

   Chapter 12 is designed to permit family farmers to repay their debts over a period of time from future earnings and is in many ways similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm.

I, the debtor, affirm that I have read this notice.

X _____   2/28/05   _____
Debtor's Signature                  Date                  Case Number