```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 09393
    SHERRIE M BOND
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-5820


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.   The case was filed on 03/16/05 and confirmed on 07/14/05.

    2.   The plan is paid in full.

    3.   The Debtor paid a total of $  31618.44 .

    4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| MIDLAND MORTGAGE CO | CURRENT MORTG | .00 | .00 | .00 |
| US EMPLOYEES CREDIT UNIO | SECURED | 7775.00 | 604.05 | 7775.00 |
| CITIFINANCIAL AUTO | SECURED | 9650.00 | 749.74 | 9650.00 |
| MONTEREY VILLAGE HOA | SECURED | 220.00 | .00 | 220.00 |
| MONTEREY VILLAGE HOA | SECURED | 310.00 | .00 | 310.00 |
| THRIFT SAVINGS PLAN LOAN | NOTICE ONLY | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | FILED LATE | .00 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1750.28 | .00 | 524.78 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9708.92 | .00 | 2910.98 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 614.41 | .00 | 184.22 |
| MEDICAL RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3074.84 | .00 | 921.92 |
| LONGWOOD DENTAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| MIDWEST ORAL & MAXILLOFA | UNSECURED | NOT FILED | .00 | .00 |
| BROTHER LOAN & FINANCE | UNSECURED | 988.82 | .00 | 296.47 |
| SIR FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND MORTGAGE CO | MORTGAGE ARRE | 1061.68 | 124.97 | 1061.68 |
| US EMPLOYEES CREDIT UNIO | UNSECURED | 2436.79 | .00 | 730.61 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIFINANCIAL AUTO | UNSECURED | 4722.85 | .00 | 1416.03 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 19016.68 | .00 | 23296.91 | .00 | 42313.59 |
| PRINCIPAL PAID | 19016.68 | .00 | 6985.01 | .00 | 26001.69 |

```
INTEREST PAID              1478.76         .00           .00          .00       1478.76
TOTAL PAID                20495.44         .00       6985.01          .00      27480.45
```

The Debtor's attorney, RONALD B LORSCH                , was allowed $    2700.00
and was paid $     196.60   direct and $    2503.40   through the plan.

The Trustee received $    1300.15 .

Refunds to the Debtor totaled $     334.44 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/12/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
          CASE NO. 05 B 09393 SHERRIE M BOND